**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 0 9 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 16-3299 WJ |
| Plaintiff, ) | |
| ) | 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C): |
| vs. ) | Distribution of Heroin. |
| ) | |
| PHILLIP LARRY GONZALES, ) | |
| a.k.a. "Blunt," ) | |
| ) | |
| Defendant. | |

# INDICTMENT

The Grand Jury charges:

On or about July 27, 2016, in Bernalillo County, in the District of New Mexico, the defendant, **PHILLIP LARRY GONZALES**, unlawfully, knowingly and intentionally distributed a controlled substance, a mixture and substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATION

The charge in this Indictment is re-alleged and incorporated by reference for the purpose of alleging forfeiture to the United States pursuant to 21 U.S.C. § 853.

Upon conviction of any offense in violation of 21 U.S.C. § 841, the defendant, **PHILLIP LARRY GONZALES**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of each offense for which he is convicted, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offenses.

The property to be forfeited to the United States includes but is not limited to the

following:

MONEY JUDGMENT

    A sum of money of approximately $1,100.00 in U.S. currency equal to the amount of proceeds obtained as a result of the offense in the Indictment.

SUBSTITUTE ASSETS

    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

    A TRUE BILL:

    /s/
    FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

08/08/16 8:02AM